Clerk's Use Only

Initial for fee pd.:

Alan S. Fellheimer, 1800 John F. Kennedy Blvd. Suite 1400
Philadelphia, PA 19103 (215) 253-6631 Fax (215) 751-1744

FILED
08 JUN 20 PM 3: 24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cypress Avenue Partners, LLC

                     Plaintiff(s),

                     v.

Axion Power International, Inc., et al.

                  Defendant(s).

CASE NO. 08-2374 MEJ

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Alan S. Fellheimer, an active member in good standing of the bar of Supreme Court Of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing all Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Annmarie M. Liermann, Kelly, Hocket & Klien, 44 Montgomery Street
    Suite 2500, San Francisco, CA 941014 (415) 982-8600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2008

                                                       Alan S. Fellheimer