# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CYPRESS AVENUE PARTNERS, LLC,** | : | **CIVIL ACTION NUMBER** |
| **Plaintiff,** | : | **08-cv-2374** |
| v. | : | |
| **AXION POWER INTERNATIONAL,** | : | |
| **INC.,** *et al.,* | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for all Defendants in the above captioned action.

Alan S. Fellheimer

Fellheimer & Eichen LLP

1800 John F. Kennedy Blvd.

Suite 1400

Philadelphia, PA 19103

(215) 253-6631 Fax (215) 751-1744

[alan@fellheimer.net](mailto:alan@fellheimer.net)

/s/ Alan S. Fellheimer

Dated: June 23, 2008