# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CYPRESS AVENUE PARTNERS, LLC,** : | **CIVIL ACTION NUMBER** |
| Plaintiff, : | **08-cv-2374** |
| v. : | |
| **AXION POWER INTERNATIONAL,** : | |
| **INC.,** *et al.,* : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Alan S. Fellheimer, Esquire, counsel for Defendants in the above referenced matter, do hereby certify that I caused a copy of the Defendants' Consent To Proceed Before United States Magistrate Judge to be filed electronically and served electronically on:

James B. Betts, Esquire
Betts & Writght
7106 North Fresno Street, Suie 460
Fresno, CA 93720

/s/Alan S. Fellheimer

Alan S. Fellheimer
Fellheimer & Eichen LLP
1800 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
(215) 253-6631
*Attorney For Defendants*