# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CYPRESS AVENUE PARTNERS, LLC,** | : | **CIVIL ACTION NUMBER** |
| **Plaintiff,** | : | **08-cv-2374** |
| v. | : | |
| **AXION POWER INTERNATIONAL,** | : | |
| **INC.**, *et al.,* | : | |
| **Defendants.** : | | |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/Alan S. Fellheimer
Alan S. Fellheimer
Fellheimer & Eichen LLP
1800 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
(215) 253-6631
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYPRESS AVENUE PARTNERS, LLC, :        CIVIL ACTION NUMBER

                Plaintiff,        :        08-cv-2374

           v.        :

AXION POWER INTERNATIONAL,        :

INC., *et al.*,        :

           Defendants.  :

## CERTIFICATE OF SERVICE

I, Alan S. Fellheimer, Esquire, counsel for Defendants in the above referenced matter, do

hereby certify that I caused a copy of the Defendants' Certification of Interested Entities or

Persons   to be filed electronically and served electronically on:

James B. Betts, Esquire
Betts & Wright
7106 North Fresno Street, Suite 460
Fresno, CA 93720

/s/Alan S. Fellheimer
Alan S. Fellheimer
Fellheimer & Eichen LLP
1800 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
(215) 253-6631
*Attorney For Defendants*