Clear Form

**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| CYPRESS AVENUE PARTNERS, LLC | CASE NO. C-08-2374 MEJ |
| Plaintiff(s), v. | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| AXION POWER INTERNATIONAL, INC. | |
| Defendant(s). | |

Alan S. Fellheimer , an active member in good standing of the bar of the Supreme Court of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 25, 2008



Judge Maria-Elena James

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**