UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYPRESS AVENUE PARTNERS, LLC

Plaintiff(s),

v.

AXION POWER INTERNATIONAL, et al.

Defendant(s).

No. C 08-2374 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/2/08

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

**PROOF OF SERVICE**

     I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On July 2, 2008, I served **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

    \_\_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

    \_\_\_\_ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California where indicated.

    _X_ **(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

    \_\_\_\_ **(By Hand)** I caused each envelope to be delivered by hand where indicated.

Each envelope was addressed as follows:

Alan S. Fellheimer, Esq.
Fellheimer & Eichen, LLP
1800 John F. Kennedy Blvd., Suite 1400
Philadelphia, PA 19103

    \_\_\_\_ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 2, 2008, at Fresno, California.

*/s/ Laurie K. Freer*
Laurie K. Freer