| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BETTS & WRIGHT<br>P.O. BOX 28550<br>FRESNO, CA 93729-8550 | (559) 438-8500 | |
| | REFERENCE NUMBER<br>ES219465-01 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, Northern DISTRICT
FRESNO, CA

SHORT NAME OF CASE
CYPRESS AVENUE PARTNERS LLC vs. AXION POWER INTERNATIONAL INC

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082374 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER; STANDING ORDER RE: DISCOVERY; NOTICE OF TRIAL ASSIGNMENT; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT TO US MAGISTRATE; CONSENT; DECLINATION; INFO HANDBOOK

**Name:** JOHN PETERSON

**Person Served:** EDWARD R. BUIEL
**Title:** VICE PRESIDENT

**Date of Delivery:** 05/30/08
**Time of Delivery:** 03:18 pm

**Place of Service:** 3601 CLOVER LANE
NEW CASTLE, PA 16105         (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 152.50

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

[X] Registered: INVESTIGATOR
Number: PI LICENSE # 193-A

on: May 30, 2008
at: PITTSBURGH, PA , California.

1099 E. Champlain, Suite A
Fresno, CA 93720
(559) 222-2274
30B/ES219465-01

Client file # NA

Signature: /s/
Name: ROBERT KRESSON

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BETTS & WRIGHT<br>P.O. BOX 28550<br>FRESNO, CA 93729-8550 | (559) 438-8500 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>ES219465-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
FRESNO, CA

SHORT NAME OF CASE
CYPRESS AVENUE PARTNERS LLC vs. AXION POWER INTERNATIONAL INC

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082374 |

**I received the within process on May 23, 2008 and after due and diligent effort I have been unable to effect personal service on the within named party at the following address.**

Name:    JOHN PETERSON

Business:    3601 CLOVER LANE
NEW CASTLE, PA 16105

**Extraordinary efforts were required to effect service as described below.**

| | | |
|---|---|---|
| 05/27/08 | 10:15 am | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NOT IN. |
| 05/28/08 | 01:22 pm | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NOT IN. |
| 05/30/08 | 03:18 pm | SUBSTITUTED SERVICE |

**Fee for service:**    $ 152.50

[X] Registered: ............ County,
Number: PI LICENSE # 193-A

741 N. Fulton Street
Fresno, CA 93728
559-233-1475
321/ES219465-01

Client file # NA

DECLARATION OF DILIGENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: May 30, 2008
at: PITTSBURGH, PA, California.

Signature: _____
Name: ROBERT KRESSON

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BETTS & WRIGHT<br>P.O. BOX 28550<br>FRESNO, CA 93729-8550 | (559) 438-8500 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>ES219465-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
FRESNO, CA

SHORT NAME OF CASE
CYPRESS AVENUE PARTNERS LLC vs. AXION POWER INTERNATIONAL INC

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082374 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Fresno, California. I am over the age of 18 and not a party to this action. My business address is Fresno, CA 93720, Fresno, (559) 222-2274.**

On June 10, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER; STANDING ORDER RE: DISCOVERY; NOTICE OF TRIAL ASSIGNMENT; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT TO US MAGISTRATE; CONSENT; DECLINATION; INFO HANDBOOK

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at FRESNO, **California, addressed as follows:**

JOHN PETERSON
3601 CLOVER LANE
NEW CASTLE, PA 16105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**   $ 152.50

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: June 10, 2008, at: Fresno, California.

[X] Registered: . . . . . . . . . . . . . . . . County,
Number: . . . . . . . . . . . . . . . . . . . . . . . .

**1099 E. Champlain, Suite A**
**Fresno, CA 93720**
**(559) 222-2274**
322/ES219465-01

Signature: _____
Name: BRANDON ALLISON

PROOF OF SERVICE BY MAIL