IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS AVENUE PARTNERS, LLC, | No. C 08-2374 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | **ORDER VACATING HEARING RE: DEFENDANTS' MOTION TO DISMISS** |
| AXION POWER INTERNATIONAL, INC., | |
| Defendant(s). | |

Pending before the Court is Defendants' Motion to Dismiss, with a noticed hearing date of August 7, 2008. Pursuant to Civil Local Rule 7-3(a), any opposition to Defendants' motion must be served and filed not less than 21 days before the hearing date. As Plaintiff has not filed an opposition, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by July 31, 2008, and the Court shall conduct a hearing on August 7, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The hearing on Defendants' motion to dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: July 22, 2008

MARIA-ELENA JAMES
United States Magistrate Judge