IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYPRESS AVENUE PARTNERS, LLC,                    No. C 08-2374 MEJ

    Plaintiff(s),                                              **ORDER VACATING CMC**

vs.

AXION POWER INTERNATIONAL, INC.,

    Defendant(s).
                                                    /

As there are currently a motion to dismiss and order to show cause pending in this matter, the Court VACATES the August 14, 2008 Case Management Conference..

**IT IS SO ORDERED.**

Dated: July 22, 2008

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge