1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Plaintiff CYPRESS AVENUE PARTNERS LLC

7

8

9                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11

12 | CYPRESS AVENUE PARTNERS LLC | ) | Case No. 08-002374 MEJ |
   |                              | ) |                         |
13 |         Plaintiff,           | ) |                         |
   |                              | ) | **DECLARATION OF JAMES B.** |
14 |            v.                | ) | **BETTS IN RESPONSE TO ORDER** |
   |                              | ) | **TO SHOW CAUSE**       |
15 | AXION POWER INTERNATIONAL, INC.; | ) |                     |
   | JOHN GRANVILLE; JOHN PETERSON;   | ) | Date: August 7, 2008 |
16 | and DOES 1-50, inclusive,        | ) | Time: 10:00 am       |
   |                              | ) | Ctrm: B, 15th Floor     |
17 |         Defendants.          | ) |       450 Golden Gate Ave. |
   |                              | ) | Judge: The Honorable Maria-Elena James |
18

19
       I, JAMES B. BETTS, declare:
20
       1.  I am an attorney at law duly licensed to practice before all Courts in the
21
   State of California, as well as the United States District for the Northern District of
22
   California, San Francisco Division.  I am a member in the law firm of Betts &
23
   Wright, legal counsel for Plaintiff, CYPRESS AVENUE PARTNERS LLC.  All of the
24
   facts set forth in this declaration are true and correct, of my own personal
25
   knowledge, and if called as a witness I could and would competently testify to all
26
   matters set forth herein
27
       2.  Plaintiff's Opposition to Defendants' Motion to Dismiss was calendared
28
   in my office as due 14 days before the date of hearing, being July 24, 2008.  In

1 confirming this date, I personally reviewed the California Practice Guide, Federal
2 Civil Procedure Before Trial, Section 9:255, which provides, generally, that
3 opposing papers shall be served no later than 14 days before the hearing.
4 Unfortunately, I did not continue on in that section to discern that the Northern
5 District Rules require service and filing days 21 days before the calendar date.

6     3. Plaintiff Cypress Avenue Partners was blameless in the timing of the
7 filing of Plaintiff's Opposition to the Motion to Dismiss, and I accept full
8 responsibility for any delay. In light of the fact that the delayed filing of Plaintiff's
9 Opposition has not prejudiced Defendants in any way, I respectfully request that
10 the Court reset the matter at a date and time which is convenient to the Court's
11 and defense counsel's calendar.

12     4. Plaintiff's Opposition to the Motion to Dismiss was complete and
13 ready for filing at the time the Court's notice was received, and is attached in its
14 entirely to this declaration.

15     I declare under penalty of perjury pursuant to the laws of the State of
16 California that this declaration was executed on July 22, 2008, at Fresno,
17 California.

19         /s/
        JAMES B. BETTS