1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Plaintiff CYPRESS AVENUE PARTNERS LLC

7

8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11

12 | CYPRESS AVENUE PARTNERS LLC        )   Case No. 08-002374 MEJ
                                        )
13 |         Plaintiff,                 )
                                        )   **DECLARATION OF JAMES B.**
14 |    v.                              )   **BETTS IN OPPOSITION TO**
                                        )   **MOTION TO DISMISS**
15 | AXION POWER INTERNATIONAL, INC.;   )
   | JOHN GRANVILLE; JOHN PETERSON;     )   Date:   August 7, 2008
16 | and DOES 1-50, inclusive,          )   Time:   10:00 am
                                        )   Ctrm:   B, 15th Floor
17 |         Defendants.                )           450 Golden Gate Ave.
                                        )   Judge:  The Honorable Maria-Elena
18 |_____)           James

19
            I, JAMES B. BETTS, declare:
20
            1.  I am an attorney at law duly licensed to practice before all Courts in the
21
   State of California, as well as the United States District for the Northern District of
22
   California, San Francisco Division.  I am a member in the law firm of Betts &
23
   Wright, legal counsel for Plaintiff,  CYPRESS AVENUE PARTNERS LLC.  All of the
24
   facts set forth in this declaration are true and correct, of my own personal
25
   knowledge, and if called as a witness I could and would competently testify to all
26
   matters set forth herein
27
            2.  In light of the fact that the individual Defendants, John Petersen and
28
   Thomas Granville (erroneously named as John Granville) dispute regarding service,

my office has arranged for renewed efforts at service as follows:

    a)    Thomas Granville – We have retained process servers in Pennsylvania to serve Thomas Granville, who is the Chief Executive Officer of Axion Power International, Inc., at the following business address for Axion: 3601 Clover Lane, New Castle, Pennsylvania, 16105; and

    b)    John Petersen – We have retained a law firm in Switzerland to arrange for personal service of Mr. Petersen at his law firm, which business address is Petersen & Fefer, 1783 Barbereche, Switzerland.

3. In the event that either of the individual defendants are not amenable to personal service at their addresses, my office has served written discovery on Defendant Axion Power seeking the home addresses for Messrs. Granville and Petersen. To the extent that we are unable to serve these Defendants at their offices, we will utilize the home addresses, as disclosed by Axion in written discovery, to effect service.

I declare under penalty of perjury pursuant to the laws of the State of California that this declaration was executed on July 21, 2008, at Fresno, California.

                    /s/
                  JAMES B. BETTS