UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYPRESS AVENUE PARTNERS, LLC, | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 08-cv-2374 |
| v. | : | |
| AXION POWER INTERNATIONAL, | : | |
| INC., *et al.*, | : | |
| Defendants. | : | |

MOTION TO PARTICIPATE IN HEARING

BY TELEPHONE

By Order dated July 22, 2008 the Court has scheduled a hearing on a Rule To Show Cause entered by the Court on July 22, 2008. Defendants are not the principal participants in the hearing, but would like to participate solely for the purpose of providing scheduling information to the Court should the Court seek such information. Counsel is located in Philadelphia, PA and must incur significant expense to be present at the hearing. Counsel will be present in San Francisco for any substantive hearing in which Defendants are active participants, but requests telephone participation for this hearing in which Defendant is not a principal participant.

WHEREFORE, Defendants respectfully request that Defendants' Counsel be permitted to participate in the hearing on the Rule To Show Cause scheduled for 10:00 AM on Tuesday August 4, 2008 by telephone. Counsel can be reached at a toll free number 1-866-781-6209 or counsel can call the Court when scheduled by the Court at a number provided by the Court.

Respectfully submitted,

/s/Alan S. Fellheimer
Alan S. Fellheimer
Fellheimer & Eichen LLP
1800 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
(215) 253-6631
*Attorney For Defendants*

**FELLHEIMER & EICHEN, LLP**
Alan S. Fellheimer
1800 John F. Kennedy Blvd., Suite 1400
Philadelphia, PA 19103
(215) 253-6630

Attorneys for Defendants
AXION POWER INTERNATIONAL, INC.,
Thomas Granville and
John L. Petersen, Esquire

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CYPRESS AVENUE PARTNERS LLC, | Case No.: 08-002374 MEJ |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO PARTICIPATE BY TELEPHONE** |
| v. | |
| AXION POWER INTERNATIONAL, INC.; JOHN GRANVILLE; JOHN PETERSON; and DOES 1-50, inclusive, | **Date:** August 7, 2008<br>**Time:** 10:00 A.M.<br>**Ctrm:** Courtroom B, 15th Floor or 450 Golden Gate Avenue<br>**Judge:** The Honorable Maria-Elena James |
| Defendants. | |

### ORDER GRANTING THE MOTION OF DEFENDANTS FOR COUNSEL TO PARTICIPATE IN HEARING BY TELEPHONE

**AND NOW**, this _____ day of _____, 2008, upon consideration of the Motion by Defendants for counsel to participate by telephone ("Motion") filed by defendants, Axion Power International, Inc., Thomas Granville, and John L. Petersen, Esquire (all collectively the "Defendants"), all opposition thereto and argument of counsel, if any, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED** and Defendants' Counsel may participate in the above referenced hearing by telephone. The Court will call Defendant's Counsel at 1-866-781-6209 when the Court is ready to hear the above referenced matter.

**BY THE COURT:**

_____
Maria-Elena James,
United States District Magistrate Judge