IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS AVENUE PARTNERS, LLC, | No. C 08-2374 MEJ |
| Plaintiff(s), | **ORDER VACATING OSC** |
| vs. | **ORDER SCHEDULING HEARING RE: DEFENDANTS' MOTION TO DISMISS** |
| AXION POWER INTERNATIONAL, INC., | |
| Defendant(s). | |

On July 22, 2008, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Having received Plaintiff's response, and good cause appearing, the Court VACATES the order to show cause hearing scheduled for August 7, 2008. As Plaintiff also filed an opposition to Defendants' pending motion to dismiss, Defendants shall file any reply by July 31, 2008. The Court shall conduct a hearing on Defendants' motion on August 14, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendants' motion to appear telephonically at the OSC hearing is DENIED as moot.

**IT IS SO ORDERED.**

Dated: July 24, 2008

MARIA-ELENA JAMES
United States Magistrate Judge