IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS AVENUE PARTNERS, LLC,<br><br>     Plaintiff(s),<br><br>  vs.<br><br>AXION POWER INTERNATIONAL, INC.,<br><br>     Defendant(s).<br>_____ / | No. C 08-2374 MEJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**ORDER CLOSING FILE** |

Before the Court is Defendants Axion Power International, Inc., Thomas Granville, and John L. Petersen's ("Defendants") Motion to Dismiss. The Court finds this matter suitable for disposition without a hearing and VACATES the August 14, 2008 hearing date. Because the contract which provides the basis of this lawsuit case contains a binding arbitration clause, the Court finds that this dispute is not properly before it. The language of the arbitration clause in the agreement is clear: "Any dispute between the parties hereto arising out of this agreement shall be resolved by binding arbitration in Sacramento, California pursuant to the rules of the American Arbitration Assocation." (Compl., Ex. A, ¶8, (Doc. #3)). Accordingly, the Court hereby GRANTS Defendants' Motion to Dismiss. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: August 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge